1

2

3

4

5

**Entered on Docket
August 16, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

6

7

8   PITE DUNCAN, LLP
    ACE VAN PATTEN (NV Bar #11731)
9   EDDIE R. JIMENEZ (NV Bar #10376)
    701 Bridger Avenue, Suite 700
10  Las Vegas, Nevada 89101
    Telephone: (858) 750-7600
11  Facsimile: (619) 590-1385
    E-mail: ecfnvb@piteduncan.com
12
    MAILING ADDRESS:
13  4375 Jutland Drive, Suite 200
    P.O. Box 17933
14  San Diego, California 92177-0933

15  Attorneys for   Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION,
                    SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA
16                  WORLD SAVINGS BANK, FSB

17

18                         UNITED STATES BANKRUPTCY COURT

19                                DISTRICT OF NEVADA

20  In re                                    Bankruptcy Case No. BK-S-10-20953-LBR
                                             Chapter 7
21  JOAQUIN BRAVO,
                                             WELLS FARGO BANK, NATIONAL
22          Debtor(s).                       ASSOCIATION, SUCCESSOR BY
                                             MERGER TO WACHOVIA MORTGAGE,
23                                           FSB, FKA WORLD SAVINGS BANK,
                                             FSB'S ORDER TERMINATING
24                                           AUTOMATIC STAY
25                                           Date:   August 4, 2010
                                             Time:   10:30 a.m.
26

27  /././

28  /././

1    A hearing on Secured Creditor Wells Fargo Bank, National Association,

2  successor by merger to Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for

3  Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy

4  Court before the Honorable Linda B. Riegle, Ace Van Patten appearing on behalf of Secured

5  Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 3024

12  Diana Dr, North Las Vegas, NV 89030 ("Real Property"), which is legally described as:

13    LOT FOUR (4) IN BLOCK FIVE (5) OF DIANA
     TERRACE UNIT NO. 1, AS SHOWN BY MAP
14    THEREOF ON FILE IN BOOK 7 OF PLATS,
     PAGE 31, IN THE OFFICE OF THE COUNTY
15    RECORDER OF CLARK COUNTY, NEVADA.

16

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

21  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24  provide 7 days' notice to the Debtor(s).

25  /././

26  /././

27  /././

28  /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____          _____
DONALD P. NORRIS                 WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY               TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5    or filed written objections.

6    ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7    delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8    unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9    order, or failed to respond, as indicated below [list each party and whether the party has

10    approved, disapproved, or failed to respond to the document]:

11    ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12    all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13    and each has approved or disapproved the order, or failed to respond, as indicated below [list

14    each party and whether the party has approved, disapproved, or failed to respond to the

15    document]:

16    ☐    Approved.

17    ☐    Disapproved.

18    ☒    Failed to respond. – Debtor's Attorney/Trustee

19    ###

20    Submitted by:

21    /s/ ACE VAN PATTEN
22    4375 Jutland Drive, Suite 200
       P.O. Box 17933
23    San Diego, CA 92177-0933
       (858) 750-7600
24    NV Bar #11731
       Attorney for WELLS FARGO
25    BANK, NATIONAL
       ASSOCIATION,
26    SUCCESSOR BY MERGER
       TO WACHOVIA
27    MORTGAGE, FSB, FKA
       WORLD SAVINGS BANK,
28    FSB